UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WATTS and TIMOTHY WATTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, CARLOS M. GUITIERREZ, Secretary of Commerce, H. DALE HALL, Director, United States Fish and Wildlife Service, WILLIAM T. HOGARTH, Assistant Administrator for Fisheries, National Marine Fisheries Service,<br><br>    Defendants. | Civil No. 06-1282 (RMU)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

      Federal Defendants, hereby move unopposed for an extension of time of 30-days to respond to the Complaint in this matter. In support of this motion, Federal Defendants say as follows:

      1.    Federal Defendants' response currently is due September 18, 2006;

      2.    Federal Defendants anticipate administrative actions within the next several weeks relating to the subject matter of the Complaint that may change the nature of this action;

      3.    Pursuant to Local Rule 7(m), Counsel for Federal Defendants has contacted Counsel for Plaintiffs to request the additional time. Counsel for Plaintiffs has stated that Plaintiffs do not oppose the requested extension;

      Wherefore, Federal Defendants respectfully request that the Court enter an order extending the deadline for responding to the Complaint from September 18, 2006 to October 18,

2006.

    Respectfully submitted this 13th day of September, 2006.

                                     SUE ELLEN WOOLRIDGE
                                     Assistant Attorney General
                                     Environment & Natural Resources Division

                                     /s/ Jean E. Williams
                                     JEAN E. WILLIAMS, Section Chief
                                     LISA RUSSELL, Assistant Section Chief
                                     Missouri Bar No. 43895
                                     Wildlife & Marine Resources Section
                                     P.O. Box 7369
                                     Washington, D.C. 20044-7369
                                     202-305-0388 (Tel)
                                     202-305-0275 (Fax)


Of Counsel:

JORIS NAIMAN
Office of the Solicitor
Office of Northeast Regional Solicitor
United States Department of Interior
One Gateway Center – Suite 612
Newton, MA 02458-2881
(617) 527-3400

KEVIN COLLINS
National Oceanic & Atmospheric Administration
Northeast Region
Office of General Counsel
One Blackburn Drive
Gloucester, MA  01930-2298
(978) 281-9289

CERTIFICATE OF SERVICE

      I certify that on September 13, 2006, I caused a copy of the foregoing Unopposed Motion for Extension of Time and a Proposed Order to be served automatically by the CM/ECF system to the following attorneys of record:

Joshua R. Stebbins
Howard M. Crystal
Meyer Glizenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009

                                                    /s/
                                           Jean E. Williams