UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WATTS and TIMOTHY WATTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, CARLOS M. GUITIERREZ, Secretary of Commerce, H. DALE HALL, Director, United States Fish and Wildlife Service, WILLIAM T. HOGARTH, Assistant Administrator for Fisheries, National Marine Fisheries Service,<br><br>    Defendants. | Civil No. 06-1282 (RMU)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    Federal Defendants, hereby move unopposed for an extension of time of 30-days to respond to the Complaint in this matter. Plaintiffs do not oppose the requested extension. For the reasons stated in Defendants' motion, and for good cause shown, Defendants' motion is granted.

    Defendants' response to the Complaint in this matter shall be filed no later than October 18, 2006.

    IT IS SO ORDERED.

    Dated this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE