UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Douglas H. Watts, et al    )
                           )
        Plaintiffs,        )    No. 06-CV-01282 (RMU)
                           )
    v.                     )
                           )
Dirk Kempthorne, et al.    )
                           )
        Defendants.        )

**AFFIDAVIT OF SERVICE**

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1.  The Secretary of the United States Department of the Interior was served by certified mail on or about July 20, 2006, with return receipt dated July 25, 2006;

2.  The Director of the United States Fish and Wildlife Service was served by certified mail on or about July 20, 2006, with return receipt dated July 25, 2006;

3.  The Secretary of Commerce was served by certified mail on or about July 20, 2006, with return receipt dated July 25, 2006;

4.  The Assistant Administrator for Fisheries, National Marine Fisheries Service, was served by certified mail on or about July 20, 2006, with return receipt returned without a date recorded;

5.  The United States Attorney for the District of Columbia was personally served on or about July 20, 2006;

6.  The U.S. Attorney General was served by certified mail on or about July 20, 2006,

with return receipt dated July 5, 2006.

    Receipts verifying this information are attached.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

November 15, 2006