## Certified Mail Receipts

**Receipt 1:**
Total Postage & Fees: $5.36
Sent To: U.S. Attn. Gen.
10th & Constitution NW
Wash. D.C. 20230
Tracking: 7000 1670 0010 2863 2197

**Receipt 2:**
Total Postage & Fees: $5.36
Sent To: William T. Hogarth
1315 East-West Hwy
Silver Spring, MD 20910
Tracking: 7000 1670 0010 2863 2197

**Receipt 3:**
Total Postage & Fees: $5.36
Sent To: Dirk Kempthorne
1849 C St. NW
Wash. D.C. 20240
Tracking: 7000 1670 0010 2863 2172

**Receipt 4:**
Total Postage & Fees: $5.36
Sent To: H. Dale Hall
1849 C St. NW
Wash. D.C. 20240
Tracking: 7000 1670 0010 2863 2180

**Receipt 5:**
Total Postage & Fees: $5.36
Sent To: Carlos M. Gutierrez
1401 Constitution Ave NW
Wash. D.C. 20230
Tracking: 7000 1670 0010 2863 2172

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlos M. Gutierrez
Secretary of Commerce
1401 Constitution Ave NW
Room 5516
Wash. D.C. 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Genelle Robertson
B. Date of Delivery: 7/25/06
C. Signature: X Genelle Robertson — ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2173

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
Secretary
U.S. Dept. of Interior
1849 C St. NW
Wash. D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): David J. Shaw
B. Date of Delivery: 7/25/06
C. Signature: X David J. Shaw — ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2166

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H. Dale Hall
Director
Fish & Wildlife Service
1849 C St. NW
Wash. D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A Giles
B. Date of Delivery: 7/25/06
C. Signature: X (signature) — ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2180

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William T. Hogarth
Asst. Admin. for Fisheries
National Marines
    Fisheries Service
1315 East-West Hwy
#14602
Silver Spring, MD 20910

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Edgar Bender
B. Date of Delivery:
C. Signature: X Edgar Bender
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0010 2863 2197

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
10th & Constitution Ave NW
Wash. DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: JUL - 5 2006
C. Signature: X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0010 2863 2203

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1063

Telephone (202) 588-5206
Fax (202) 588-5049

REGINALD D. ROWAN

*[signature]*

LEGAL ASST.
7/20/06

♻ recycled paper