**Receipt 1:**
U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
Total Postage & Fees: $5.36
Sent To: U.S. Attn. Gen.
Street: 10th & Constitution NW
City, State, ZIP+4: Wash. D.C. 20230

**Receipt 2:**
U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
7000 1670 0010 2863 2197
Total Postage & Fees: $5.36
Sent To: William T. Hogarth
Street: 1315 East-West Hwy
City, State, ZIP+4: Silver Spring, MD 20910

**Receipt 3:**
U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
7000 1670 0010 2863 2172
Total Postage & Fees: $5.36
Sent To: Dirk Kempthorne
Street: 1849 C St. NW
City, State, ZIP+4: Wash. D.C. 20240

**Receipt 4:**
U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
7000 1670 0010 2863 2180
Total Postage & Fees: $5.36
Sent To: H. Dale Hall
Street: 1849 C St. NW
City, State, ZIP+4: Wash. D.C. 20240

**Receipt 5:**
U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)
7000 1670 0010 2863 2172
Total Postage & Fees: $5.36
Sent To: Carlos M. Gutierrez
Street: 1401 Constitution Ave NW
City, State, ZIP+4: Wash. D.C. 20230

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlos M. Gutierrez
Secretary of Commerce
1401 Constitution Ave NW
Room 5516
Wash. D.C. 20230

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): Genelle Robertson
- B. Date of Delivery: 7/25/06
- C. Signature: X Genelle Robertson — ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7000 1670 0010 2863 2173

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Dirk Kempthorne
Secretary
U.S. Dept. of Interior
1849 C St. NW
Wash. D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): David J. Shaw
- B. Date of Delivery: 7/25/06
- C. Signature: X David J. Shaw — ☒ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7000 1670 0010 2863 2166

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

H. Dale Hall
Director
Fish & Wildlife Service
1849 C St. NW
Wash. D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): A Giles
- B. Date of Delivery: 7/25/06
- C. Signature: X [signature] — ☒ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7000 1670 0010 2863 2180

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Edgar Bender
B. Date of Delivery:
C. Signature: X Edgar Bender
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

William T. Hogarth
Asst. Admin. for Fisheries
National Marines
    Fisheries Service
1315 East-West Hwy
#14602
Silver Spring, MD 20910

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label):
7000 1670 0010 2863 2197

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: JUL - 5 2006
C. Signature: X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
10th & Constitution Ave
Wash. DC ~~———~~ NW

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label):
7000 1670 0010 2863 2203

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1063

Telephone (202) 588-5206
Fax (202) 588-5049

REGINALD D.
ROWAN

[signature]

LEGAL ASST.
7/20/06

recycled paper