## U.S. Postal Service CERTIFIED MAIL RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

**Receipt 1** (7000 1670 0010 2863 2197)
- Total Postage & Fees: $5.36
- Sent To: U.S. Attn. Gen.
- Street: 10th & Constitution NW
- City, State, ZIP+4: Wash. D.C. 20230

**Receipt 2** (7000 1670 0010 2863 2197)
- Total Postage & Fees: $5.36
- Sent To: William T. Hogarth
- Street: 1315 East-West Hwy
- City, State, ZIP+4: Silver Spring, MD 20910

**Receipt 3** (7000 1670 0010 2863 2172)
- Total Postage & Fees: $5.36
- Sent To: Dirk Kempthorne
- Street: 1849 C St. NW
- City, State, ZIP+4: Wash. D.C. 20240

**Receipt 4** (7000 1670 0010 2863 2180)
- Total Postage & Fees: $5.36
- Sent To: H. Dale Hall
- Street: 1849 C St. NW
- City, State, ZIP+4: Wash. D.C. 20240

**Receipt 5** (7000 1670 0010 2863 2172)
- Total Postage & Fees: $5.36
- Sent To: Carlos M. Gutierrez
- Street: 1401 Constitution Ave NW
- City, State, ZIP+4: Wash. D.C. 20230

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlos M. Gutierrez
Secretary of Commerce
1401 Constitution Ave NW
Room 5516
Wash. D.C. 20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Genelle Robertson
B. Date of Delivery: 7/25/06
C. Signature: X Genelle Robertson
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label): 7000 1670 0010 2863 2173

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
Secretary
U.S. Dept. of Interior
1849 C St. NW
Wash. D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): David J. Shaw
B. Date of Delivery: 7/25/06
C. Signature: X David J. Shaw
   ☒ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label): 7000 1670 0010 2863 2166

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H. Dale Hall
Director
Fish & Wildlife Service
1849 C St. NW
Wash. D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A Giles
B. Date of Delivery: 7/25/06
C. Signature: X [signature]
   ☒ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label): 7000 1670 0010 2863 2180

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William T. Hogarth
Asst. Admin. for Fisheries
National Marines
    Fisheries Service
1315 East-West Hwy
#14602
Silver Spring, MD 20910

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Edgar Bender
B. Date of Delivery:
C. Signature: X Edgar Bender
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label):
7000 1670 0010 2863 2197

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
10th & Constitution Ave NW
Wash. D.C.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: JUL -5 2006
C. Signature: X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label):
7000 1670 0010 2863 2203

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1063

Telephone (202) 588-5206
Fax (202) 588-5049

REGINALD D.
ROWAN

*[signature]*

LEGAL ASST.

7/20/06

♲ recycled paper