UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Douglas H. Watts, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.  06-CV-01282 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| Dirk Kempthorne, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 16 REPORT**

Pursuant to Local Rule 16.3(d), the plaintiffs, the United States Fish and Wildlife Service ("FWS"), and the National Marine Fisheries Service ("NMFS") (collectively, "parties"), represent that they have conferred on the matters set forth in Local Rule 16.3, and they submit the following Joint Report to the Court.

Plaintiffs' Complaint alleges that FWS and NMFS (collectively, "Services") failed to make a finding - regarding whether the American eel warrants listing under the ESA - within one year of their receipt of plaintiffs' petition to list the American eel as a "threatened" or "endangered" species under the Endangered Species Act ("ESA").  16 U.S.C. § 1531, et seq. Plaintiffs therefore contend that the Services have violated their mandatory duties under section four of the ESA, 16 U.S.C. § 1533, and defendants' own implementing regulations, 50 C.F.R. part 424, and that they have acted contrary to the Administrative Procedure Act ("APA").  5 U.S.C. § 706.

With regard to the specific items set forth in Local Rule 16.3, the parties state as follows:

1. The parties agree that, if not settled, this case is likely to be resolved on cross

motions for summary judgment.

    2.    All parties are joined.

    3.    The parties concur that the case should not be assigned to a magistrate judge.

    4.    The parties have discussed settlement, and believe that this case is amendable to settlement as follows:  FWS represents that on December 4, 2006, it will very likely provide a date certain by which it will issue a determination as to whether the American eel warrants listing as endangered or threatened under the ESA, in response to plaintiffs' petition.  If on December 4, 2006, the FWS provides a date certain, and if the date certain is mutually acceptable, the parties anticipate entering into a stipulated court order that will mandate that the FWS issue such a determination by the agreed upon date.  Otherwise, plaintiffs will initiate summary judgment briefing in this matter, according to the proposed scheduling order that the parties have filed with this Report.  The parties will file a notice with the Court on December 18, 2006, apprising the Court as to the status of the parties' attempts to settle the case.

    5.    The parties have discussed ADR with their clients and do not believe that the case would benefit from the Court's ADR program at this time.

    6.    The parties agree that this action will likely be resolved on cross-motions for summary judgment.  FWS agrees that it will produce the present Administrative Record to plaintiffs by December 8, 2006.  As discussed above, with the Rule 16 Report, the parties are filing a joint proposed schedule for production of the present Administrative Record and for summary judgment briefing.

    7.    The parties agree to dispense with initial disclosures, and FWS agrees to produce the present Administrative Record on December 8, 2006.

8. Plaintiffs do not presently anticipate that there will be discovery. Defendant believes that discovery is unavailable in this action because Plaintiffs' claims must be reviewed on the basis of the Administrative Record(s).

9. The parties do not presently anticipate the need for an exchange of expert witness reports.

10-13. The parties agree that these items are not applicable at this time.

14. The parties believe all appropriate matters are included in the proposed scheduling order submitted herewith.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)

_____/S/_____
Howard M. Crystal
(D.C. Bar No. 446189)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

Attorneys for Plaintiffs

_____/S/_____
Lawson Fite
U.S. Department of Justice
ENRD
Wildlife and Marine Resources
P.O. Box 7369
Washington, D.C. 20044
(202) 305 0217


Attorney for Defendants


November 27, 2006