UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Douglas H. Watts, et al., )
)
      Plaintiffs, )    No. 06-CV-01282 (RMU)
)
v. )
)
Dirk Kempthorne, et al., )
)
      Defendants. )

**PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.3, and the parties' Rule 16.3(d) Report, the parties have conferred regarding the schedule for the resolution of this action, and hereby propose the following schedule:

| | |
|---|---|
| December 8, 2006 | Defendants produce the present Administrative Record to Plaintiffs and the Court. |
| December 18, 2006 | Parties will file a Notice with the Court concerning settlement. |
| January 19, 2007 | Plaintiffs file for Summary Judgment. |
| February 19, 2007 | Defendants file their Opposition to Plaintiffs' Motion and Cross Motion for Summary Judgment combined with the Opposition. |
| March 5, 2007 | Plaintiffs file an Opposition to Defendants' Motions and Reply in Support of their Motion. |
| March 19, 2007 | Defendants file a Reply in Support of their Cross Motion. |

The Court will hear oral argument on the cross-motions for summary judgment on _____.

                                                                                                      _____
                                                                                                      U.S. District Court Judge
                                                                                                      Ricardo M. Urbina

Dated: