# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOUGLASS H. WATTS and TIMOTHY A. WATTS, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | No. 1:06-cv-01282-RMU <br><br> **NOTICE TO THE COURT REGARDING ADMINISTRATIVE RECORD** |

Pursuant to the Report filed by the parties on Nov. 27, 2006, under Local Rule 16.3, Docket No. 11, Defendants state to the Court as follows:

1. On December 7, 2006 FWS provided to Plaintiffs a date by which it will issue the 12-month finding on the American eel.

2. The parties believe that this date is very likely to form the basis of a settlement agreement.

3. Accordingly no Administrative Record will be filed on December 8. The parties will file a settlement agreement by December 29, 2006. If the parties are unable to reach a settlement agreement by December 29, Defendants will file the Administrative Record on December 29.

4. On December 8 the undersigned conferred with counsel for Plaintiffs, Joshua R. Stebbins, who stated that Plaintiffs have no objection to the above filing schedule.

Dated this 8th day of December, 2006.        Respectfully submitted,

                                             SUE ELLEN WOOLRIDGE
                                             Assistant Attorney General

                JEAN WILLIAMS, Section Chief
                LISA RUSSELL, Assistant Section Chief


                    */s/  Lawson E. Fite*
                LAWSON E. FITE, Trial Attorney
                Oregon Bar No. 05557
                United States Department of Justice
                Environment and Natural Resources Division
                Wildlife and Marine Resources Section
                P.O. Box 7369
                Washington, DC 20044-7369
                (202) 305-0217
                (202) 305-0275 (fax)

                Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOUGLASS H. WATTS and TIMOTHY A. WATTS, ) ) ) ) Plaintiffs, ) ) v. ) ) DIRK KEMPTHORNE, et al., ) ) Defendants. ) | No. 1:06-cv-01282-RMU **CERTIFICATE OF SERVICE** |

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Lawson E. Fite*

LAWSON E. FITE

-3-