# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOUGLASS H. WATTS and TIMOTHY A. WATTS, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. 1:06-cv-01282-RMU <br> ) <br> ) **NOTICE TO THE COURT** <br> ) **REGARDING SETTLEMENT** <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Notice filed by Defendants on December 8, 2006, Docket No. 12, Defendants state to the Court as follows:

1. The parties hope to reach an agreement in principle as to settlement of this case.

2. The parties are currently negotiating the terms of a settlement agreement.

3. Accordingly no Administrative Record or settlement agreement will be filed on December 29. If the parties do not reach settlement by January 8, 2007, the parties will provide a further status report to the court at the status hearing set for that date.

4. On December 29 the undersigned conferred with counsel for Plaintiffs, Joshua R. Stebbins, who stated that Plaintiffs concur in the above.

Dated this 29th day of December, 2006.        Respectfully submitted,

                                                          SUE ELLEN WOOLDRIDGE
                                                          Assistant Attorney General
                                                          JEAN WILLIAMS, Section Chief
                                                          LISA RUSSELL, Assistant Section Chief


                                                          _/s/ Lawson E. Fite_

LAWSON E. FITE, Trial Attorney
Oregon Bar No. 05557
United States Department of Justice
Environment and Natural Resources
Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0217
(202) 305-0275 (fax)

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOUGLASS H. WATTS and TIMOTHY A. WATTS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al., )<br>)<br>Defendants. ) | No. 1:06-cv-01282-RMU<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                              */s/ Lawson E. Fite*

                              LAWSON E. FITE