**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Douglas H. Watts, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No.  06-CV-01282 (RMU) |
| v. | ) ) | |
| Dirk Kempthorne, et al., | ) ) | |
| Defendants. | ) ) | |

**JOINT RULE 16 REPORT UPDATE**

Pursuant to Local Rule 16.3(d) and the Court's November 27, 2006, Order, Plaintiffs, Douglass H. Watts and Timothy A. Watts, and Defendants, the United States Fish and Wildlife Service ("FWS"), H. Dale Hall, the National Marine Fisheries Service ("NMFS"), and William T. Hogarth (collectively, "parties"), submit the following update to the Rule 16 Report previously filed on November 27, 2006.

Settlement discussions between the parties are continuing.  A tentative agreement on a date by which the Fish and Wildlife Service will publish a listing determination with regard to the American Eel has been reached.  Counsel are currently seeking client approval of the determination date and the amount of attorneys fees and costs, and will further apprise the Court of the status of these negotiations at the status hearing on January 8, 2007.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins (D.C. Bar. No. 468542)
Howard M. Crystal (D.C. Bar No. 446189)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009

(202) 588-5206
Attorneys for Plaintiffs


    */s/ Lawson E. Fite*
Lawson Fite (Ore. Bar No. 05557)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C.  20044
(202) 305 0217

January 3, 2007                    Attorney for Defendants