## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOUGLASS H. WATTS and TIMOTHY A. WATTS, ) ) ) ) Plaintiffs, ) ) v. ) ) DIRK KEMPTHORNE, et al., ) ) Defendants. ) ) | No. 1:06-cv-01282-RMU<br><br>**NOTICE OF PUBLICATION OF 12-MONTH FINDING** |

Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, H. Dale Hall, Director of the United States Fish and Wildlife Service, Carlos M. Gutierrez, Secretary of the United States Department of Commerce, and William T. Hogarth, Assistant Administrator for Fisheries, hereby respectfully notify the Court that the twelve-month finding regarding the American eel, having previously been submitted to the Federal Register, was today published in the Federal Register.  72 Fed. Reg. 4967 (Feb. 2, 2007).  The finding determines that listing the eel as endangered or threatened under the Endangered Species Act is not warranted.

Dated this 2nd day of February, 2007.        Respectfully submitted,

                                                                       SUE ELLEN WOOLRIDGE
                                                                       Assistant Attorney General
                                                                       JEAN WILLIAMS, Section Chief
                                                                       LISA RUSSELL, Assistant Section Chief

                                                                       _/s/  Lawson E. Fite_

LAWSON E. FITE, Trial Attorney
Oregon Bar No. 05557
United States Department of Justice
Environment and Natural Resources
Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0217
(202) 305-0275 (fax)

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOUGLASS H. WATTS and TIMOTHY A. WATTS,  <br><br>                    Plaintiffs,  <br><br>v.  <br><br>DIRK KEMPTHORNE, et al.,  <br><br>                    Defendants. | )<br>)<br>)<br>)  No. 1:06-cv-01282-RMU<br>)<br>)  **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>) |

    I hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                      */s/ Lawson E. Fite*

                                                     LAWSON E. FITE